IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA,
        Petitioner,
   v.                              **Judgment in a Civil Case**
DARRIN MARANDA,
        Respondent.               Case Number: 5:08-HC-2033-H

**Decision by Court.**

This action came before the Honorable Malcolm J. Howard, Senior United States District Judge, for consideration of the evidentiary hearing on the Government's Certificate of a Sexually Dangerous Person pursuant to 18 U.S.C. § 4248.

**IT IS ORDERED AND ADJUDGED** that judgment shall be entered against the United States and in favor of the respondent Darrin Maranda.

This Judgment Filed and Entered on September 6, 2012, with service on:
W. Ellis Boyle, Matthew Fesak, William W. Webb, Jr. and James Hawes (via CM/ECF Notice of Electronic Filing)

September 6, 2012                                      /s/ Julie A. Richards
                                                                    Clerk

Raleigh, North Carolina